IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
AT CHATTANOOGA

| | |
|---|---|
| DOUGLAS R. LYNN and, GINA L. LYNN, | ) ) ) |
| Plaintiffs, and | ) Case No. 1:09-CV-221 ) |
| SUNTRUST MORTGAGE, INC., | ) ) |
| Involuntary Co-Plaintiff, | ) Judge Mattice ) |
| vs. | ) ) |
| ALLSTATE PROPERTY AND CASUALTY COMPANY, | ) JURY DEMAND ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Came the plaintiffs, by and through counsel, and announced to the court that all matters here in controversy between the parties had been compromised and settled out of court, and that the Plaintiffs and Involuntary Co-Plaintiff, for valuable consideration, have executed a release in full and final settlement of all their claims against the defendant arising out of the matters here in controversy. Therefore, plaintiffs and Involuntary Co-Plaintiff hereby give notice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* that the above styled action is dismissed with full prejudice against another action.

This 18th day of February, 2011.

Respectfully submitted,

RICHARD BANKS & ASSOCIATES

By: _____
Andrew Morgan, BPR #026879
PO Box 1515
Cleveland, TN 37364

1

BAKER KINSMAN, HOLLIS, CLELLAND
& WINER, P.C.
701 Market Street
First Tennessee Bldg., Suite 1500
Chattanooga, TN 37402-4825
(423) 756-3333


By: s/N. Mark Kinsman            .
    N. Mark Kinsman, BPR 6039
    J. Chad Hogue, BPR 025457
    Attorneys for Defendant


BURR & FORMAN, LLP
Wachovia Towers, Suite 3400
420 20th Street North
Birmingham, AL 35203-5210

By: *Reid S Manley* (signature)
    Reid S. Manley
    Attorney for Suntrust Mortgage